IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY W. BAKER,  )  | No. C 13-5408 LHK (PR) |
| )  | |
| Petitioner,  )  | JUDGMENT |
| )  | |
| v.  )  | |
| )  | |
| LT. DOUGLAS,  )  | |
| )  | |
| Respondent.  )  | |
| _____ )  | |

The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 1/22/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\LHK\HC.13\Baker408jud.wpd